## ORDER

PER CURIAM.

**AND NOW,** this 24th day of June 2010, the Petition of Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is DENIED as to all remaining issues. The issue, rephrased for clarity, is:

Did the Superior Court err in its interpretation and application of Section 385 of the Restatement (Second) of Torts?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

996 A.2d 1066

**Joseph L. BELTOWSKI and Karen M. Beltowski, His Wife, Petitioners**

**v.**

**PA PARTNERS, L.P., Respondent.**

Supreme Court of Pennsylvania.

June 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of June 2010, the Petition of Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is DENIED as to all remaining issues. The issue, rephrased for clarity, is:

Did the Superior Court err in its interpretation and application of Section 385 of the Restatement (Second) of Torts?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

997 A.2d 306

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Justin WEIGLE, Appellee.**

Supreme Court of Pennsylvania.

Argued May 12, 2009.

Decided March 24, 2010.

